*State, Respondent, v. Pietz, Petitioner*, No. 92563-1. Petition for review of a decision of the Court of Appeals, No. 71162-8-I, October 12, 2015, 190 Wn. App. 1030. *Denied* April 27, 2016.

*In re Marriage of Mekuria*, No. 92564-0. Petition for review of a decision of the Court of Appeals, No. 72562-9-I, September 28, 2015, 190 Wn. App. 1020. *Denied* April 27, 2016.

*State, Respondent, v. Barroso et al., Petitioners*, No. 92567-4. Petition for review of a decision of the Court of Appeals, No. 73638-8-I, November 2, 2015, 190 Wn. App. 1049. *Denied* April 27, 2016.

*State, Respondent, v. Rieker, Petitioner*, No. 92570-4. Petition for review of a decision of the Court of Appeals, No. 32174-6-III, September 24, 2015, 190 Wn. App. 1016. *Denied* April 27, 2016.

*Culbertson, Petitioner, v. Wells Fargo Ins. Servs. U.S.A. Inc., et al., Respondents*, No. 92572-1. Petition for review of a decision of the Court of Appeals, No. 32702-7-III, November 3, 2015, 191 Wn. App. 1004. *Denied* April 27, 2016.

*In re Rapid Settlements, Ltd.'s Transfer of Structured Settlement Rights*, No. 92574-7. Petition for review of a decision of the Court of Appeals, No. 31435-9-III, August 18, 2015, 189 Wn. App. 584. *Denied* April 27, 2016.

*State, Respondent, v. Coombes, Petitioner*, No. 92575-5. Petition for review of a decision of the Court of Appeals, Nos. 32806-6-III and 32903-8-III, November 10, 2015, 191 Wn. App. 241. *Denied* April 27, 2016.

*Innerspace Floor Coverings, Inc., Respondent, v. Hill, Petitioner*, No. 92577-1. Petition for review of a decision of the Court of Appeals, No. 71500-3-I, November 2, 2015, 190 Wn. App. 897. *Denied* April 27, 2016.